| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 17 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

KIM RHODE; et al.,

    Plaintiffs-Appellees,

v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

    Defendant-Appellant.

No. 20-55437

D.C. No. 3:18-cv-00802-BEN-JLB
Southern District of California, San Diego

ORDER

Before: PARKER,[*] WATFORD, and BUMATAY, Circuit Judges.

The district court's April 23, 2020, preliminary injunction order is vacated, and this case is remanded to the district court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. ____ (2022).

The parties shall bear their own attorney's fees, costs, and expenses. This order constitutes the mandate of this court.

Judge Bumatay dissents from this order.

**VACATED AND REMANDED.**

---

[*] The Honorable Barrington D. Parker, Jr., United States Circuit Judge for the U.S. Court of Appeals for the Second Circuit, sitting by designation.